UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-48-1-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TRAVIS SENTELL MONROE | ) | |

This matter is before the court on defendant's *pro se* motions of 8 November 2011 and 17 February 2012. In his earlier motion, defendant requests that the court review his case in light of United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc). In his latter motion, he requests immediate release based on Simmons. Pursuant to standing order No. 11-SO-3, Jerry Leonard, Esquire, has been appointed to represent defendant to determine whether defendant may qualify for post-conviction relief pursuant to Simmons. Because defendant is represented by counsel, his motions are DENIED WITHOUT PREJUDICE.

This 24 February 2012.

						_____
						W. Earl Britt
						Senior U.S. District Judge